1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVONTA B. GRAHAM,                         No.  2:19-cv-1485-KJM-EFB P

12            Petitioner,

13    v.                                         ORDER

14    TAMMY FOSS, Warden,

15            Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 14, 2021, the magistrate judge filed findings and recommendations, which were

21    served on petitioner and which contained notice to petitioner that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to

23    the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed June 14, 2021, are adopted in full;

5            2.  Petitioner's application for a writ of habeas corpus is denied;

6            3.  The Clerk is directed to close the case; and

7            4.  The court declines to issue a certificate of appealability.

8    DATED:  September 20, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2